by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. In the Matter of the Application of RUSSIAN REINSURANCE COMPANY and ALEXANDER BERNARD and Others, Individually and as Directors of RUSSIAN REINSURANCE COMPANY, for an Order Declaring and Determining the Disposition of the Surplus United States Assets of RUSSIAN REINSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the RUSSIAN REINSURANCE COMPANY OF PETROGRAD, RUSSIA, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. In the Matter of the Application of RUSSIAN REINSURANCE COMPANY and ALEXANDER BERNARD and Others, Individually and as Directors of RUSSIAN REINSURANCE COMPANY, for an Order Declaring and Determining the Disposition of the Surplus United States Assets of RUSSIAN REINSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. In the Matter of the Application of FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827 and LEONID DAVYDOFF and Others, Individually and as Directors of FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827, for an Order Declaring and Determining the Disposition of the Surplus United States Assets of FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets for the Benefit of the Creditors of the FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED in 1827, and the Interests of Its Policyholders, Creditors, Stockholders and the Public. In the Matter of the Application of FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827 and LEONID DAVYDOFF and Others, Individually and as Directors of FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827, for an Order Declaring and Determining the Disposition of the Surplus United States Assets of FIRST RUSSIAN INSURANCE COMPANY ESTABLISHED IN 1827.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

In the Matter of the Application of BATOR REALTY CORPORATION for an Order of Certiorari to Review the Findings of WILLIAM E. WALSH and Others.—